IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02183-MJW

AMANDA DRINKARD,

Plaintiff,

v.

OLSON SHANER, *a Salt Lake City law firm*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that, pursuant to Plaintiff's Notice of Voluntary Dismissal With Prejudice (Docket No. 9), this case is DISMISSED with prejudice under Fed. R. Civ. P. 41 (a)(1)(A)(i), each party to pay its own fees and costs.

Date: October 28, 2015